UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-7067-MWF(FFMx)**                                  Dated: **March 28, 2017**

Title:    Bernadette Giovinco, et al. *-v-* Social Security Administration, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                          None Present
Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Mediation Report filed by the Mediator on March 27, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 1, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk  __cw__
CIVIL - GEN